```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>               Plaintiff,             )<br>                                      )<br>     v.                               )<br>                                      )<br>                                      )<br> LIANNA SUGGETT,                      )<br>                                      )<br>               Defendant.             )<br> _____ ) | NO. CR.S-04-337 WBS<br><br>**STIPULATION TO CONTINUE DATE FOR CHANGE OF PLEA; REQUEST OF COURT FOR FINDING OF EXCLUDABLE TIME**<br><br>Date:      April 27, 2005<br>Time:      9:00 a.m.<br>Judge:     Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KENNETH J. MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status hearing is re set for a change of plea date for April 27, 2005 at 9:00 a.m.

Ms. Suggett is presently pregnant and in her third trimester, and she is set to deliver her baby, to begin labor, at any day and hour at present.  In fact, she is pregnant with twins, and is over due on her due date by two weeks.  As such, the parties request that her court date be continued a period of 1 week so she can give birth and recover sufficient to attend court.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 27, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(4) and Local Code N.

DATED:  April 19, 2005.             Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Public Defender

DATED:  April 19, 2005.             /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED:  April 19, 2005.             /s/ MARK J. REICHEL for
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(4) and Local Code N.

DATED: April 19, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3