1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | MARK J. REICHEL, Bar #155034
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
LIANNA SUGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-04-337 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE DATE FOR CHANGE OF PLEA; REQUEST OF COURT FOR FINDING OF EXCLUDABLE TIME** |
| LIANNA SUGGETT, | ) |
| Defendant. | ) Date:   May 4, 2005<br>) Time:   9:00 a.m.<br>) Judge:  Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KENNETH J. MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, request that the change of plea hearing be re set from April 27, 2005 at 9:00 a.m. to May 4, 2005 at 9:00 a.m.

   Ms. Suggett gave birth last Friday, April 22nd.  As such, the parties request that her court date be continued a period of 1 week so she can recover sufficient to attend court.

1  Accordingly, all counsel and the defendant agree that time under
2  the Speedy Trial Act from the date this stipulation is lodged, through
3  May 4, 2005, should be excluded in computing the time within which
4  trial must commence under the Speedy Trial Act, pursuant to Title 18
5  U.S.C. § 3161 (H)(4)and Local Code N.

6  DATED: April 27, 2005.                Respectfully submitted,

7                                        QUIN DENVIR
                                         Federal Public Defender
8

9  DATED: April 27, 2005.                /s/ MARK J. REICHEL
                                         MARK J. REICHEL
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11

12                                       McGREGOR SCOTT
                                         United States Attorney
13

14
   DATED: April 27, 2005.                /s/ MARK J. REICHEL for
15                                       KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
16                                       Attorney for Plaintiff

17

18

19

20

21                            **O R D E R**

22  **IT IS SO ORDERED.**  Time is excluded in the interests of justice
23  pursuant to 18 U.S.C. § 3161 (H)(4)and Local Code N.

24

25  DATED: April 27, 2005

26

27  _____
    WILLIAM B. SHUBB
28  UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28