QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-04-337-WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| ) | |
| LIANNA SUGGETT, ) | Date: June 1, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. | Judge: Honorable William B. Shubb |
| _____ | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of May 18, 2005 be vacated and the matter set for change of plea on June 1, 2005 at 9:00 am.

   This continuance is requested because defense counsel was preparing for an upcoming trial which was slated to begin today, May 17, 2005 and last for 3 weeks in United States v. Boyadjian, CR-S-04-197 FCD.  The case was continued for trial this date and re set for June 28, 2005. Defense counsel will now spend the next 2 weeks in the

Stip and Order

present case, United States v. Suggett, to review discovery with the defendant, conduct legal research, perform background factual investigation, and properly prepare for a potential change of plea.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 1, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 19, 2005.                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender


DATED: May 19, 2005.                    /s/MARK J. REICHEL
                                        MARK J. REICHEL
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: May 19, 2005.                    /s/MARK J. REICHEL for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28