```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>LIANNA SUGGETT,　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　　　 )<br>_____ | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 15, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of June 1, 2005 be vacated and the matter set for change of plea on June 15, 2005 at 9:00 am.

   This continuance is requested because defense counsel was will be out of town on training May 31st through June 3rd.  Defense counsel also need additional time to review discovery with the defendant, conduct legal research, perform background factual investigation, and properly prepare for a potential change of plea.

Stip and Order

1    Accordingly, all counsel and the defendant agree that time under
2 the Speedy Trial Act from the date this stipulation is lodged, through
3 June 15, 2005, should be excluded in computing the time within which
4 trial must commence under the Speedy Trial Act, pursuant to Title 18
5 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6 DATED: May 27, 2005.                    Respectfully submitted,

7                                         QUIN DENVIR
                                          Federal Public Defender
8

9
10 DATED: May 27, 2005.                   /s/MARK J. REICHEL
                                          MARK J. REICHEL
                                          Assistant Federal Defender
11                                        Attorney for Defendant

12
                                          McGREGOR SCOTT
13                                        United States Attorney

14

15 DATED: May 27, 2005.                   /s/MARK J. REICHEL for
                                          KEN MELIKIAN
16                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
17

18                              **O R D E R**

19    **IT IS SO ORDERED.** The court finds that the interests of justice
   in granting the continuance outweighs the public's interest in a speedy
20 trial and therefore time is excluded in the interests of justice
   pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
21

22
   DATED: May 26, 2005
23

24                                     _William B. Shubb_
25                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
26

27

28

Stip and Order                          2