QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>  v.<br><br>LIANNA SUGGETT,<br>           Defendant. | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: July 27, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of July 6, 2005 be vacated and the matter set for status conference hearing on July 27, 2005 at 9:00 am.

This continuance is requested on the following grounds:

Defense counsel was unavailable to work on this case for the last 2 weeks due to work on other criminal matters, specifically briefing required in the United States Supreme Court;

Defense counsel and the United States are currently engaged in

Stip and Order

plea negotiations to resolve the case, do not want to set the case for trial, and would like to resolve the case without further use of judicial resources;

Defense counsel is awaiting some final records in regard to the defendant's prior criminal history which will assist in a correct evaluation of her potential penalties upon conviction;

Defense counsel will for the next 2 weeks conduct additional background factual investigation over matters that only recently emerged, will obtain documents by subpoena, and will have to conduct legal research on the case in order to properly prepare for a potential change of plea.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 27, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 5, 2005.                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender


DATED: July 5, 2005.                    /s/MARK J. REICHEL
                                        MARK J. REICHEL
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: July 5, 2005.                    /s/MARK J. REICHEL for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

Stip and Order                          2

**O R D E R**

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 5, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE