QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>                                      )<br>                                      )<br>LIANNA SUGGETT,                       )<br>                                      )<br>            Defendant.                | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: August 24, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of July 27, 2005 be vacated and the matter set for a change of plea hearing on August 24, 2005 at 9:00 am.

   This continuance is requested on the following grounds:

   Defense counsel will be out of the country for a two week period beginning July 25, 2005 to return on August 10, 2005. He is unavailable to work on this case in that time period or to make court appearances.

   Defense counsel and the United States are currently engaged in

Stip and Order

plea negotiations to resolve the case; this involves working with the defendant and attempting to present all facets of mitigation to the government, as well as obtaining all additional background facts of the case.

Defense counsel will continue to work on the case when he returns to the country. He will need, with the government as well, a period up until August 24, 2005 to finalize the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 24, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 26, 2005.            Respectfully submitted,

                                 QUIN DENVIR
                                 Federal Public Defender


DATED: July 26, 2005.            /s/MARK J. REICHEL
                                 MARK J. REICHEL
                                 Assistant Federal Defender
                                 Attorney for Defendant


                                 McGREGOR SCOTT
                                 United States Attorney


DATED: July 26, 2005.            /s/MARK J. REICHEL for
                                 KEN MELIKIAN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

Stip and Order                                2

1 **IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 25, 2005

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                                                3