```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>   v.<br><br>LIANNA SUGGETT,<br>                Defendant. | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: October 5, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled change of plea hearing date of September 21, 2005 be vacated and a change of plea hearing scheduled for September October 5, 2005 at 9:00 am.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

October 5, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  September 21, 2005.                Respectfully submitted,

                                           QUIN DENVIR
                                           Federal Public Defender


                                           /s/MARK J. REICHEL
                                           MARK J. REICHEL
                                           Assistant Federal Defender
                                           Attorney for Defendant


                                           McGREGOR SCOTT
                                           United States Attorney


DATED: September 20, 2005                  /s/MARK J. REICHEL for
                                           KEN MELIKIAN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded and the hearing continued on the dates and upon the grounds set forth - herein above in the interest of justice pursuant to 18 U.S.C. § 3161 (H) (8) (B) (iv) and Local Code T4.

DATED: September 21, 2005

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                             2