QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>          Plaintiff, )<br>              )<br>     v.       )<br>              )<br>              )<br>LIANNA SUGGETT,           )<br>              )<br>          Defendant.       )<br>_____ | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: November 30, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled change of plea hearing date of November 9, 2005 be vacated and a change of plea hearing scheduled for November 30, 2005 at 9:00 am.

   This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

November 30, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 8, 2005.                    Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Public Defender


                                            /s/MARK J. REICHEL
                                            MARK J. REICHEL
                                            Assistant Federal Defender
                                            Attorney for Defendant


                                            McGREGOR SCOTT
                                            United States Attorney


DATED: November 8, 2005                     /s/MARK J. REICHEL for
                                            KEN MELIKIAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded and the hearing continued on the dates and upon the grounds set forth - herein above in the interest of justice pursuant to 18 U.S.C. § 3161 (H) (8) (B) (iv) and Local Code T4.

DATED: November 11, 2005                    /s/ Lawrence K. Karlton for
                                            HONORABLE WILLIAM B. SHUBB
                                            Senior, United States District Judge

Stip and Order                              2