```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LIANNA SUGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br><br>LIANNA SUGGETT,<br><br>        Defendant. | Case No.  CR.S-04-337-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 14, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled change of plea hearing date of December 7, 2005 be vacated and a change of plea hearing scheduled for December 14, 2005 at 9:00 am.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

1  December 14, 2005, should be excluded in computing the time within
2  which trial must commence under the Speedy Trial Act, pursuant to Title
3  18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
4  DATED: December 6, 2005.                    Respectfully submitted,
5                                              QUIN DENVIR
                                                Federal Public Defender
6
7
                                                /s/MARK J. REICHEL
8                                               MARK J. REICHEL
                                                Assistant Federal Defender
9                                               Attorney for Defendant
10
   DATED: December 6, 2005.                    McGREGOR SCOTT
11                                              United States Attorney
12
13                                              /s/MARK J. REICHEL for
                                                JASON HITT
14                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
15
16                              **O R D E R**
17     **IT IS SO ORDERED.**  Time is excluded and the hearing continued on
18  the dates and upon the grounds set forth - herein above in the interest
19  of justice pursuant to 18 U.S.C. § 3161 (H) (8) (B) (iv) and Local Code
20  T4.
21  DATED: December 6, 2005
22
23
24  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
25
26
27
28

Stip and Order                             2